# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yagiz Doruk Hallac, | No.   CV-26-01821-PHX-JJT (MTM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Luis Rosa, Jr., *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1]  (Doc. 1.)

Petitioner alleges that Respondents have not provided notice of the reasons for the revocation of his release or complied with the applicable regulations regarding revoking Orders of Supervision: 8 C.F.R. § 241.4(l)(1)-(2) and 8 C.F.R. § 241.13(i).  Petitioner also alleges his removal is not substantially likely to occur in the reasonably foreseeable future and, as a result, his detention is impermissible.  *See Zadvydas v. Davis*, 533 U.S. 678, 689 (holding that 8 U.S.C. § 1231 "does not permit indefinite detention").

Respondents must show cause why the Petition should not be granted.  Any response must be supported by documentary evidence including, if applicable, affidavits

---

[1] In addition to his Petition, Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2).  Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture.  Therefore, the Court will deny the Motion without prejudice.

by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1) Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must show cause no later than **March 26, 2026**, why the Petition should not be granted.

(6) Petitioner may file a reply no later than **March 27, 2026**.

Dated this 19th day of March, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -