**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Yagiz Doruk Hallac, | No. CV-26-01821-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). The petition is fully briefed. Following briefing, Petitioner filed a Motion for Temporary Restraining Order alleging the possibility of removal to a third country without due process. (Doc. 11.) On June 11, 2026, Petitioner's counsel contacted the Court and counsel for Respondents to indicate Petitioner has been moved out of the District of Arizona and believes he may be removed to a third country in the near future.

The Petition in this matter does not challenge third country removal and, as a result, the Court lacks the authority to grant relief on that claim. *Pacific Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 633 (9th Cir. 2015) ("When a plaintiff seeks injunctive relief based on claims not pled in the complaint, the court does not have the authority to issue an injunction.") The Motion for Temporary Restraining Order will thus be denied without prejudice.

. . .

The Court will permit Petitioner to file an Amended Petition that raises a challenge to third country removal without due process and to file a renewed TRO. In an abundance of caution, the Court will further direct Respondents to file a status update regarding efforts to remove Petitioner to a third country. This notice must provide evidence of the process Petitioner will receive prior to removal to any third country and must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS THEREFORE ORDERED** Petitioner's Motion for Temporary Restraining Order (Doc. 11) is **denied without prejudice**.

**IT IS FURTHER ORDERED** Petitioner may file an Amended Petition and renewed Motion for Temporary Restraining Order that raises a challenge to third country removal without due process.

**IT IS FURTHER ORDERED** Respondents must file a status report as directed herein no later than **June 12, 2026 at 2:00 p.m.** (Arizona Time).

Dated this 11th day of June, 2026.

Honorable John J. Tuchi
United States District Judge